# Third District Court of Appeal

## State of Florida

Opinion filed October 20, 2021.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D21-1575
Lower Tribunal Nos. F17-15005B, F17-15199B

————————————

**Krystal Wall,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Krystal Wall, in proper person.

Ashley Moody, Attorney General, for appellee.

Before HENDON, GORDO, and BOKOR, JJ.

PER CURIAM.

Affirmed.